JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

REMY W. B.,

          Plaintiff,

          v.

FRANK BISIGNANO,
Commissioner of Social Security,

          Defendant.

Case No. 2:25-cv-01521-DTB

**J U D G M E N T**

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.

DATED: March 25, 2026

_____

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

1